UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

STEPHEN and TIFFANY MISEL, )
    Plaintiffs, )
) **JUDGMENT**
)
) No. 5:09-CV-457-F
    v. )
)
MAZDA MOTOR OF AMERICA )
INC., a California corporation, )
    Defendant. )

**Decision by Court.**
**This case came before the Honorable James C. Fox, Senior United States District Judge for consideration of the defendant's motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED this case is dismissed for lack of subject matter jurisdiction.**

This Judgment Filed and Entered on July 29, 2010 with service on:

Christopher W. Livingston (via cm/ecf electronic notification)
Amy L. Keegan (via cm/ecf electronic notification)

Date: July 29, 2010

                                DENNIS P. IAVARONE, CLERK
                                /s/ Delsia Heath
                                (By): Delsia Heath, Deputy Clerk